Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DUSTIN LESLIE KETCHERSIDE<br>NICOLA HYL KETCHERSIDE, | CASE NO.  22-00015-NGH |

**MOTION TO DISMISS WITH A BAR TO REFILING**

COMES NOW, Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, and in support of her Motion to Dismiss states as follows:

1. Debtors filed herein a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on January 14, 2022.

2. Debtors have thus far failed to file a Chapter 13 Plan and schedules as required by Rules 1007 and 3015 of the United States Bankruptcy Code.

3. Pursuant to the Court's notice of Debtors' prior filings, Docket No. 17, this is now Debtors' fourteenth bankruptcy case. Of the thirteen prior cases filed by these Debtors; nine have been dismissed, three were discharged, and one was closed without a discharge entered (case no. 07-01043). Debtors have not completed a Chapter 13 case since their initial bankruptcy filing on April 20, 1999 despite the fact that they have now sought Chapter 13 relief eight times since their bankruptcy filing.

4. Of concern to Trustee, Debtors disclose just a single prior filing on their Petition, listing a bankruptcy filed in Arizona on April 15, 2017. Pursuant to the Court's information, Debtors did not file bankruptcy in 2017, but rather they have filed two bankruptcy cases in Arizona: A Chapter 13 case in 2019 which was subsequently converted to a chapter 13 case and

discharged on July 13, 2021, and then a Chapter 13 on July 23, 2021 which was dismissed for failure to make plan payments on January 4, 2022.

     5.  Trustee has reviewed debtors' most recent chapter 13 case which was filed on July 23, 2021, only ten days after they received a discharge in their prior case.  Debtors listed priority debt of $25,393.21 and new general unsecured debt of $41,554.11.  Debtors' schedule I and J showed no ability to make the plan payments.  Although the case was open from July 2021 to January 4, 2022, Debtors only made one plan payment over the five months the case was open.  Debtors were not eligible for a discharge in that case, nor are they eligible for a discharge in this case.

     6.  Upon motion by a party in interest, a court may dismiss a case for cause, including, among other things, lack of good faith or unreasonable delay by the debtor that is prejudicial to creditors, pursuant to 11 U.S.C. § 1307(c). Furthermore, while dismissal of a case is generally without prejudice, 11 U.S.C. § 349(a) provides that if cause exists, a court is authorized to dismiss a bankruptcy case with prejudice to refiling. Debtors' serial filing of bankruptcy petitions across three different states, most of which they do not evidence any intent to pursue, are an abuse of the bankruptcy process.

     WHEREFORE, Trustee respectfully requests that this case be dismissed with a two-year bar to refiling.

     DATED:  January 31, 2022

                                                                       /s/  Kathleen McCallister
                                                                       Kathleen McCallister, Trustee

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on January 31, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Pro Se

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Dustin Leslie Ketcherside
Nicola Jyl Ketcherside
3417 N Red Oak Dr.
Boise, ID 83703


                                                **/s/** Matthew Mallard
                                                Matthew Mallard, Paralegal