# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 22-00015-NGH |
| **DUSTIN LESLIE KETCHERSIDE** <br> **NICOLA JYL KETCHERSIDE,** | Chapter 13 |
| Debtor(s). | |

## ORDER OF DISMISSAL WITH A BAR TO REFILING

THIS MATTER having come before the Court on Trustee's Motion to Dismiss and Request for a 2-year Bar to Refiling, filed as Docket No. 20, and Debtors making no appearance before the court or filing an objection, and the court being fully advised in the premises;

IT IS HEREBY ORDERED, pursuant to 11 U.S.C. §§ 1307(c), 349(a), and 105(a), this case is hereby DISMISSED with a bar to filing a bankruptcy petition under any chapter of the Bankruptcy Code through and including February 14, 2024.  // end of text//

DATED: February 15, 2022

NOAH G. HILLEN
U.S. Bankruptcy Judge

Submitted by:

 **/s/**  Kathleen McCallister
Kathleen McCallister, Trustee